UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 6:24-cv-01645-CEM-DCI

TIMOTHY ALLEN CHEY and
Dr. SUSAN DIZON-CHEY,

    Plaintiff,

v.

DELTA AIRLINES, INC.,
FERGIE FERUGRSON,
LAVELLE LOURY, and JANE DOE

    Defendant.
_____/

## DELTA AIRLINES, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendant, Delta Airlines, Inc., ("Delta") by and through undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Local Rules for the Middle District of Florida, hereby file this Motion for an Extension of Time to Respond to Plaintiffs' Complaint, and state as follows:

1. This is a lawsuit in which Plaintiffs claim they were improperly removed from a Delta flight from New York, New York to Houston, Texas.

2. Plaintiffs filed a 22-page, nine-count Complaint on September 11, 2024. (Plaintiffs' Complaint, ECF No. 1). Plaintiffs served Delta on September 25,

2024. (Proof of Service, ECF No. 12). Plaintiffs have not yet served the other defendants.

3.    Accordingly, Delta's response to Plaintiffs' Complaint is due on October 16, 2024.

4.    Counsel for Delta was recently retained and first appeared in this case on October 11, 2024. Counsel for Delta is working diligently and preparing a response to Plaintiffs' Complaint but is in need of additional time to investigate the alleged claims and file Delta's response accordingly.

5.    Pursuant to Federal Rule of Civil Procedure 6(b)(1), Delta respectfully requests a two-week extension up to and including October 30, 2024, to provide its response to the Plaintiff's Complaint.

6.    The undersigned has conferred with Mr. Timothy Allen Chey, who advised that he is a California-barred attorney and will be representing himself in this lawsuit.

7.    Mr. Chey advised that both he and his wife oppose Delta's request for an extension of time for reasons of public policy. Mr. Chey advised he may file a response in opposition outlining the reasons he objects to this requested relief.

CASE NO. 6:23-CV-1937

8. This Motion is brought in good faith, and not for any improper or dilatory purposes. Moreover, no additional Court deadlines will be affected by granting the requested relief.

9. Consequently, good cause exists for the Court to grant Delta's Motion for Extension of Time to Respond to Plaintiffs' Complaint.

WHEREFORE, Defendant, Delta, Inc., respectfully requests this Court grant this Motion for Extension of Time to Respond to Plaintiffs' Complaint, allowing for Delta Inc., to file its response on or before October 30, 2024 and for any other relief this Court deems appropriate.

### Good-Faith Conferral Certification

Pursuant to local rule 3.01(g), the undersigned counsel certifies he has conferred with Plaintiffs via telephone conference, in an effort to resolve the issues sought by the present Motion. Unfortunately, Plaintiffs informed the undersigned counsel that they oppose the relief requested in this Motion.

Respectfully submitted,

*/s/ Christopher J. Jahr*
Christopher J. Jahr, Esquire
Florida Bar No. 73066
Robert E. Paradela, Jr, Esquire
Fla. Bar No. 1035485
**WICKER SMITH O'HARA McCOY & FORD, P.A.**
515 E. Las Olas Boulevard

CASE NO. 6:23-CV-1937

Suite 1400
Ft. Lauderdale, FL 33301
Telephone:  (954) 847-4800
*Attorneys for Delta Airlines, Inc.*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing document is being served this day on all counsel or parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Christopher J. Jahr*
Christopher J. Jahr, Esquire