# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO

Timothy Chey, Dr. Susan Dizon-Chey

v.

DELTA AIR LINES, INC., FERGIE FEREGUSON, LAVELLE LOURY, JANE DOE (fictitious name),

      Defendants.

Case No. 6:24-cv-01645-CEM-DCI

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

// *Timothy Chey, Susan Dizon-Chey*

Timothy Chey
Susan Dizon Chey
11/12/2024

Add name of party or counsel
If counsel, add name of client
Add date of signature