IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

CASE NO. 6:24-cv-01645-CEM-DCI

TIMOTHY ALLEN CHEY
DR. SUSAN DIZON-CHEY

    Plaintiffs,

v.

DELTA AIRLINES, INC.,
FERGIE FERGUSON,
LAVELLE LOURY,
JANE DOE (ficitious name),

    Defendants

_____

PLAINTIFF'S EX PARTE APPLICATION 1) FOR LEAVE TO FILE A MOTION FOR

RECONSIDERATION AND 2) A STAY OF REMAND PENDING DECISION ON

PLAINTIFF'S MOTION FOR RECONSIDERATION

TO ALL PARTIES AND THE HONORABLE COURT:

PLEASE TAKE NOTICE that on November 12, 2024, Plaintiffs Timothy Chey and Dr. Suzanne

Dizon-Chey will and hereby moves ex parte for (1) leave to file a motion for

reconsideration and (2) a stay of remand pending a decision of the motion for

reconsideration. Alternatively, Plaintiff requests that the Court sua sponte

reconsider and reverse its dismissal order. This application is made to the honorable

Judge Mendoza of the above-referenced court, located at Middle District in Orlando.

There is good cause for ex parte relief. Plaintiffs – both pro-per – <u>never received any notice via either email or regular mail of the 14-day notice requirement</u>.

Both state this under penalty of perjury.

Plaintiffs filed a Disclosure Statement as they were told to by the Clerk when Plaintiff Timothy asked the clerk to not run afoul of any rules of the Honorable Judge.

Plaintiffs did not see anything related to a Notice of Pendancy until they received a dismissal by mail on November 10, 2024.

Plaintiffs were in a state of shock. Plaintiff Timothy already communicated with the Delta attorneys and they did their meet and confer.

Plaintiff's trees and home were damaged by Hurricane Milton and the giant live oak almost killed Plaintiff. Further Plaintiff Timothy is battling severe diabetes and went to the hospital three times in the past 4 weeks.

<u>Plaintiffs respect the Honorable Court and Honorable Judge too much to ever not obey the Court's orders.</u>

Plaintiffs are both full-time Christian filmmakers and love Jesus. They went to 29 countries to document people whose lives were changed by Christ in extreme circumstances. Plaintiffs are asking for mercy to the Honorable Court and apologize for any mishap to the Honorable Judge Mendoza and the opposing counsel.

Plaintiffs have since filed the Notice of Pendancy.

Plaintiff Timothy Chey states he has never had a case dismissed for not obeying any notice from an Honorable District Court Judge in his 29 years of practicing law – both at Morrison and Forester, solo, and pro bono. Mr. Chey has nothing but complete respect for

Honorable Judges of the Federal Court and knows there time is extremely valuable and would never ignore a notice from the Court that could end the case.

This is an extremely important case involving passengers who were kicked off a flight and then detained by police for no reason. Both are Asian-American. Both are not political and both supported George W. Bush and Barack Obama.

The basis for Plaintiff's application is that dismissal of this matter was not proper, and Plaintiffs should be permitted an opportunity to present its arguments to the Court prior to the court effecting a dismissal of this matter.

Plaintiff seeks a stay of remand in order to present these arguments to the Court in full so that the Court may make a fully informed decision on whether remand is appropriate.

Pursuant to Local Rules, Defendant provided notice of this application to all parties on November 11, 2024. The ex parte application is based on this Notice, the attached Memorandum of Points and Authorities, the declaration of Timothy Chey, the files and records herein, and such further evidence as may be received by the Court. (Declaration of Timothy Chey ("Chey Decl."), ¶ 4).

Dated: November 12, 2024

        Timothy Chey, Esq

        Dr. Susan Dizon-Chey

        By: /s/ *Timothy Chey, Susan Dizon-Chey*

        _____

        Timothy Chey

        Dr. Susan Dizon-Chey

## I. INTRODUCTION

Plaintiffs Timothy Chey and Dr. Susan Dizon-Chey initiated this action in September 2024.

This Court dismissed the case on November 11, 2024 for failure to file a Notice of Pendancy.

Plaintiffs respectfully submit this ex parte application for an order staying remand of this matter. Plaintiffs seek a stay of remand of this matter in order to permit Plaintiffs to file a motion for reconsideration to remedy the fact that the Court dismissed the case. Plaintiffs would never disobey an order from the Court and filed a Discloure Statement within 14 days.

Of course they would have filed the Notice of Pendancy and tragically missed that requirement. Plaintiffs did not receive and email or mail regarding this.

Plaintiffs have filed the Notice of Pendancy and profusely apologize to this Honorable Court and Distinguished Judge Mendoza and to opposing counsel at Wicker Smith.

Plaintiffs request the opportunity to present these arguments in full in a properly noticed motion pursuant to Local Rules.

Accordingly, Plaintiffs requests the Court (1) allow Plaintiffs leave to file a motion for reconsideration and (2) stay the November 11, 2024 dismissal Order pending a decision on the motion for reconsideration. Alternatively, Plainiffs requests that the Court sua sponte reconsider and reverse its dismissal order. Both Plaintiffs are pro-per. While Plaintiff Timothy is an attorney, he only practices pro bono helping churches and the poor

including the Union Rescue Mission. His full-time occupation is making documentaries and films that honor the Lord Jesus Christ.

Further Hurrican Milton severely damaged Plaintiff's home while Plaintiff Timothy was battling severe diabetes including severe pain in his feet. He's been to the hospital three times this past month. The Plaintiffs are asking for mercy from the Honorable Court.

## II. LEGAL ARGUMENT

A. Ex Parte Legal Standard

Ex parte relief is justified when: (1) "the moving party's cause will be irreparably prejudiced if the underlying motion is heard according to regular noticed motion procedures" and (2) "that the moving party is without fault in creating the crisis that requires ex parte relief

Motions for reconsideration are governed by both the Local Rules of the Middle District and by the Federal Rules of Civil Procedure ("FRCP")

Motions for reconsideration brought before this Court, and provides: "[a] motion for reconsideration of the decision on any motion may be made only" if (1) there is "a material difference in fact or law from that presented to the Court before [its] decision that in the exercise of reasonable diligence could not have been known to the party moving for reconsideration at the time of such decision," or (2) "new material facts or a change of law" emerges, or (3) there is "a manifest showing of a failure to consider material facts presented to the Court before such decision

**C. A Stay of this Court's November 11, 2024 Dismissal Order is Necessary to Ensure the Court Maintains Jurisdiction to Decide Defendant's Motion for Reconsideration.**

Absent a stay of the November 11, 2024 Dismissal Order pending reconsideration, Defendant will be irreparably prejudiced, as it will have been deprived of the opportunity to continue litigating this tremendous injustice of both Timothy and Susan being kicked off the plane unrighteously.

### III. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests the Court (1) allow Plaintiff leave to file a motion for reconsideration and (2) stay the November 11, 2024 Remand Order pending a decision on the motion for reconsideration.

Alternatively, Plaintiffs requests that the Court sua sponte reconsider and reverse its dismissal order or Plaintiffs will have to refile the suit all over again thus wasting precious resources of the Honorable Court's time and opposing Counsel's time.

Dated: November 12, 2024

Timothy Chey, Esq

Dr. Susan Dizon-Chey

By: /s/ *Timothy Chey, Susan Dizon-Chey*

_____

Timothy Chey

Dr. Susan Dizon-Chey

## DECLARATION OF TIMOTHY CHEY

I, Timothy Chey, hereby submit this Declaration under penalty of pejury:

1) I received a letter from Court on Saturday, November 10, 2024 stating the case was dismissed. The letter came in a large brown envelope. My wife Susan also received one.

2) I never received any letter or email from the Court about the lack of a Notice of Pendancy.

3) I filed the Disclosure Statement immediately after learning from the kind and wonderful clerk of the need to not run afoul of that.

4) I spoke to and had a good meet and confer with the Delta Airlines attorneys. They said the would file a Motion to Dismiss which I would oppose.

5) At no time did I know of the Notice of Pendancy hearing.

6) Two events happened: In late September Hurricane Milton – the storm of the century – was to hit Florida and I became very distracted to get windows and everything in order.

7) The hurricane left our house in disarray with the live oak falling and could have killed me.

8) I also am battling severe diabetes and unable to walk without pain. I've been to the hospital three times and had to undergo CT scans twice.

9) These severe disruptions contributed to my also missing the need to file a Notice of Pendancy of other actions – I would have easily filed this and not making any excuses.

10) I apologize to the Honorable Court and to opposing counsel for not filing this form. This has never happened to me in 29 years of practicing law and it's unforgivable.

11) I love Jesus and He will always be my Lord and Savior. As long as I'm doing His will that's all that matters to me.

12) I leave the rest in the Court's hands.

Dated: November 12, 2024

                                          Timothy Chey, Esq

                                          By: /s/ *Timothy Chey*

                                          _____

                                          Timothy Chey